O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRUCE DWAIN COPELAND, | Case No. CV 24-07354-DMG (KES) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| EVA MCCLINTOCK, *et al.*, | |
| Defendants. | |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge [Doc. # 9]. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

      It may be that Plaintiff never received the R&R because two earlier filings mailed by the Court on August 29, 2024 [Doc. # 6] and September 3, 2024 [Doc. # 8] were returned as undeliverable [Doc. ## 11, 12]. A party like Plaintiff proceeding *pro se* "must keep the Court . . . informed of the party's current address." L.R. 41-

6. "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." *Id.* More than 14 days have passed since the Court mailed Doc. ## 6 and 8, but Plaintiff did not file a notice of change of address.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without prejudice but without leave to amend due to lack of jurisdiction. Alternatively, the Complaint is dismissed without prejudice due to Plaintiff's failure to comply with Local Rule 41-6.

DATED: November 4, 2025

*Dolly M. Gee*
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE