JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND, | Case No. CV 24-07354-DMG (KES) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EVA MCCLINTOCK, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice but without leave to amend.

DATED: November 4, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE